NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000408
19-JUN-2012
09:25 AM**

NO. CAAP-11-0000408

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EMERSON M.F. JOU, Plaintiff-Appellant
v.
JOEL ALBERT CRIZ, A JOEL CRIZ & ASSOCIATES, INC.,
Defendants-Appellees,
and
DOES 1-30, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-0713)

ORDER GRANTING PLAINTIFF-APPELLANT
EMERSON M.F. JOU, M.D.'S MOTION TO WITHDRAW APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Plaintiff-Appellant Emerson M.F. Jou, M.D.'s Motion to Withdraw Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion to withdraw appeal is granted, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 19, 2012.

Presiding Judge

Associate Judge

Associate Judge